USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, *et al.*,

Petitioners,

-v-

SAHARA CONSTRUCTION CORP.,

Respondent.

**ORDER**

26-CV-6283 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

An affidavit of service was filed on August 7, 2026, representing that Respondent was served on July 31, 2026. ECF No. 8. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Respondent's answer was due on August 21, 2026. To date, so far as the docket reflects, Respondent has not filed an answer. The deadline for Respondent to file an answer to the complaint is extended *sua sponte* to **September 8, 2026**. Petitioners are directed to file proof of service of a copy of this order sent by mail to the address for Respondent included in the cover letter to Sahara Construction Corp. enclosing the Decision of the Joint Trade Committee, ECF No. 2-1, and by email to any counsel or other representative of Sahara Construction Corp. in the arbitration.

**SO ORDERED.**

Dated: August 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge