USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, *et al.*,

Petitioners,

-v-

SAHARA CONSTRUCTION CORP.,

Respondent.

**ORDER**

26-CV-6283 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Petitioners filed their petition on July 23, 2026. ECF No. 1. On July 31, 2026, Petitioners served the summons and petition on Respondent and filed proof of such service on August 7, 2026. ECF No. 8. Because Respondent did not file an answer by August 21, 2026, the undersigned entered an order on August 24, 2026 *sua sponte* extending the deadline for Respondent to file an answer to September 8, 2026.

To date, the docket reflects that no Respondent has appeared in this action nor responded to the petition. Given Respondent's non-appearance, if Petitioners believe that they have effectuated service, then they should initiate default judgment proceedings in accordance with Federal Rules of Civil Procedure 55(a) and 55(b) and Local Civil Rules 55.1 and 55.2 by **October 9, 2026**. Alternatively, Petitioners may submit a status letter by the same date, informing the Court as to

Petitioners' litigation plan and whether they are still actively attempting to serve Respondent.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge