UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, *et al.*,

Petitioners,

-against-

SAHARA CONSTRUCTION CORP.,

Respondent.

---------------------------------------------------------X

26-CV-6283 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 9, 2026, Magistrate Judge Henry J. Ricardo indicated that because Respondents have not appeared in this action nor have responded to this petition, Petitioner should initiate default judgment proceedings by October 9, 2026. (Doc. 12.) "[D]efault judgments in confirmation/vacatur proceedings are generally inappropriate." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Instead, an unanswered petition to confirm an arbitration award is to typically be treated "as an unopposed motion for summary judgment." *Id.* at 110; *see also Trs. of New York City Dist. Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, & Apprenticeship, Journeyman Retraining, Educ. & Indus. Fund v. Safeway Installation Corp.*, No. 19-CV-10173, 2023 WL 2596939, at *2 (S.D.N.Y. Mar. 22, 2023). "Nevertheless, where, as here, Respondent has failed to put forth a case in either the arbitration or the judicial phase of the dispute, courts have held that default judgments are appropriate in the context of a petition for confirming an arbitration award[,] as the distinction between moving for default judgment and moving for summary judgment is somewhat academic." *Trs. for Mason Tenders Dist. Council Welfare Fund, Pension Fund, Annuity Fund , & Training Program Fund v. Inniss Constr., Inc.*, No. 19-CV-9942, 2019 WL 6830307, at *1 (S.D.N.Y. Dec. 13, 2019)

(internal quotation marks omitted and alterations adopted). Nonetheless, because I intend to evaluate this petition as an unopposed motion for summary judgment in this case, Petitioners need not initiate default proceedings at this time.

Dated: October 8, 2026
New York, New York

Vernon S. Broderick
United States District Judge